**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone:     (916) 974-3500**
**Facsimile: (916) 520-3497**
**E-Mail: dheller@donaldhellerlaw.com**

**Attorneys for Defendant Deepal Wannakuwatte**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>vs.<br><br>DEEPAL WANNUKUWATTE,<br><br>     Defendant. | Case No. 2:14-cr-067 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 8, 2014 |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Michael Beckwith, counsel for the plaintiff United States of America, and defendant Deepal Wannakuwatte by and through his attorney Donald H. Heller that the Status Conference scheduled for May 1, 2014 at 9:30AM be continued to May 8, 2014, 2014 at 9:30AM for the following reasons.

The government has produced approximately 5,000 pages of discovery to date and in excess of 5 hours of digital records.  The government has made a written proposed plea agreement to the defendant which reflects the collaborative efforts of undersigned counsel in this

-1-

1  matter.  Defendant has requested additional time to consider the plea agreement and review
2  recent discovery provided by the government, which includes the defendant's personal
3  inspection of certain document seized pursuant to search warrants in February 2014.
4      Counsel concur that this is a complex case within the meaning of 18 U.S.C. §
5  3161(h)(7)(B)(ii) (Local Code T2) because of the anticipated volume of discovery and the
6  representation reflected in the most recent discovery of more than 100 victims in addition to
7  three bank frauds alleged in the filed indictment.
8      Accordingly, the parties to this stipulation agree that the ends of justice are served by the
9  Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the
10 public's interest in a speedy trial, so that counsel and the defendant may have reasonable time
11 necessary for effective preparation, taking into account the exercise of due diligence under 18
12 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, time should be excluded from computation under the
13 Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).
14     The parties further stipulate that time should be excluded based upon the complexity of
15 this case under 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2).

Dated: April 23, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Beckwith*
Michael Beckwith
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Deepal Wannakuwatte

-2-

**Stipulation to Continue Status Conference**                               **Case No: 2:14-cr-067 TLN**

# ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The status conference set for May 1, 2014 at 9:30 a.m. is vacated; and a new status conference is set for May 8, 2014 at 9:30 a.m.  Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, time under the Speedy Trial Act shall be excluded through May 8, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) (Local Code T4).  The Court further finds that this case is complex for the reasons set forth in the stipulation of the parties above.   Accordingly, time under the Speedy Trial Act shall be excluded through May 8, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2).

**IT IS SO ORDERED.**

Dated: April 25, 2014

Troy L. Nunley
United States District Judge