BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAL WANNAKUWATTE,<br><br>Defendant. | 2:14-CR-067-TLN<br><br>UNITED STATES' REQUEST TO SET A NOVEMBER 13, 2014 STATUS HEARING ON THE ANCILLARY PETITIONS AND ORDER |

The United States hereby requests the Court set a status hearing for November 13, 2014 to coordinate a litigation schedule for the forfeiture proceedings ancillary to the defendant's fraud conviction.

Defendant Deepal Wannakuwatte has pleaded guilty to running a massive Ponzi scheme and agreed to forfeit various assets connected to that fraud scheme, including sixteen real properties, four vehicles, twenty-one bank accounts, three life insurance policies, seven checks/money orders and two partnership interests.  The Court entered a Preliminary Order of Forfeiture on August 1, 2014, ECF No. 32, and the preliminary order was to be made final during his sentencing on August 4, 2014.  However, the Court continued the sentencing hearing after the defendant requested that alternative counsel represent him.  Minute Order, ECF No. 34.  Sentencing is currently scheduled for November 13, 2014.

Section 853(n)(1) provides that, following the entry of a Preliminary Order of Forfeiture, the United States "shall publish notice of the order and of its intent to dispose of the property," and "may

1  also, to the extent practicable, provide direct written notice to any person known to have alleged an
2  interest in the property." 21 U.S.C § 853(n)(1).  A claimant seeking to adjudicate their interest in the
3  property has "thirty days of the final publication of notice or his receipt of notice" to file a petition.  21
4  U.S.C § 853(n)(2).  The United States is currently in the process of publishing the preliminary order and
5  providing direct notice to those parties with a potential interest in the forfeited assets, but those tasks
6  have proven demanding given the number of assets and the entangled web of the defendant's financial
7  affairs.  The United States expects to publish the preliminary order and provide direct notice to potential
8  claimants in advance of November 13, 2014.

9      Prior to the United States publishing or providing direct notice, several potential claimants have
10 filed petitions seeking to adjudicate their alleged interests in assets identified in the preliminary order.
11 See ECF Nos. 42-45.  The United States is currently reviewing those petitions, but several parties have
12 contacted the United States Attorney's Office to express their intent to file ancillary petitions.
13 Accordingly, the United States anticipates many additional ancillary petitions will be filed once the
14 United States completes publication and written notice.

15      To consolidate the petitions – future and already filed – on a single litigation track, the United
16 States requests the Court set a status hearing for November 13, 2014, during which the Court will have
17 an opportunity to schedule an omnibus briefing and hearing schedule for the ancillary proceeding.  Also,
18 prior to the hearing date, the United States plans to review each petition to determine "if discovery is
19 necessary or desirable to resolve factual issues," Fed. R. Crim. P. 32.2(c)(1)(B), or if the petitions can be
20 resolved by stipulation or briefing only.

Dated:  9/26/14                                             BENJAMIN B. WAGNER
                                                            United States Attorney

                                                    By:     /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant U.S. Attorney

## **ORDER**

Pursuant to the United States' request, the Court makes the following order:

A Status Conference on the ancillary petitions is hereby set for November 13, 2014.

**IT IS SO ORDERED.**

Dated:  October 2, 2014

Troy L. Nunley
United States District Judge