BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00067 TLN |
| Plaintiff, | ORDER TO NEGOTIATE CHECKS |
| v. | |
| DEEPAL WANNAKUWATTE, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the United States' Application, the Court hereby grants the U.S. Marshals Service authority to negotiate the following checks by depositing them into their Asset Forfeiture suspense account:

    a.    Check number 1581 for $10,500.00 dated March 3, 2014, made payable to Olivehurst Glove Manufacturing, LLC;

    b.    Check number 06331158 for $564.56 from the U.S. Treasury dated March 4, 2014, made payable to Olivehurst Glove Manufacturers, LLC;

    c.    Check number 018012 for $600.00 dated February 6, 2014, made payable to Deepal S. and Betsy K. Wannakuwatte;

    d.    Check number 015041 for $648.65 dated February 6, 2014, made payable to Deepal S. and Betsy K. Wannakuwatte;

    e.    Check number 0097679894 for $1,300.00 dated April 10, 2014, made payable to Betsy Wannakuwatte;

    f.    Personal money order number 7054012632 for $377.00 dated April 4, 2014, with "Pay to the order of" left blank; and

      g.      Personal money order number 0036221324 for $755.00 dated April 4, 2014, made payable to Betsy Wannakuwatte.

The U.S. Marshals Service shall maintain the resulting funds pending further Order of the Court.

**IT IS HEREBY ORDERED**.

Dated: October 22, 2014

_____
Troy L. Nunley
United States District Judge