BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAL WANNAKUWATTE,<br><br>Defendant. | 2:14-CR-00067 TLN<br><br>FINAL ORDER OF FORFEITURE REGARDING PERSONAL PROPERTY |

WHEREAS, on August 1, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between the United States and defendant Deepal Wannakuwatte, forfeiting to the United States the following property:

*Real Property located at*:

a. 14 Fig Leaf Court, Sacramento, CA (Sacramento County), APN: 226-0360-024-0000;
b. 1933 Richmond Street, Sacramento, CA (Sacramento County), APN: 279-0182-004-0000;
c. 2120 22nd Avenue, Sacramento, CA (Sacramento County), APN: 018-0073-002-0000;
d. 31660 County Road 27, Woodland, CA (Yolo County), APN: 050-110-004-000;
e. 5111 Pleasant Drive, Sacramento, CA (Sacramento County), APN: 016-0153-024-0000;
f. 5231 Pleasant Drive, Sacramento, CA (Sacramento County), APN: 016-0272-014-0000;
g. 5131 S. Land Park Drive, Sacramento, CA (Sacramento County), APN: 016-0233-025-0000;
h. 940 44th Street, Sacramento, CA (Sacramento County), APN: 008-0092-008-0000;
i. 30562 Old Coast Road, Gold Beach, OR (Curry County), Map No. 36-15-25BB, Tax Lot No. 2000;
j. 62-3955 Kaunaoa Iki Road, #6A, Kamuela, HI (Hawaii County), Tax Map Key: (3) 6-2-019-029;

k.   879 F Street, West Sacramento, CA (Yolo County), APN: 010-340-021-000;

*Vehicles described as*:

l.   a 2008 Infiniti M45S, VIN: JNKBY01EX8M500746, CA Plate: 6GLR121;
m.   a 2003 BMW X5 (Wagon), VIN: 5UXFB93513LN79937, CA Plate: 5ATD906;

*Financial Accounts described as*:

n.   Approximately $150,000.00 held in a California Bank and Trust certificate of deposit, account number CD 1250006713;
o.   Approximately $394.49 held in California Bank and Trust account number 12-501320-11, held in the name of Capital Sports Management, LLC;
p.   Approximately $356.49 held in California Bank and Trust account number 12-501196-91, held in the name of Clover Ranch, LLC;
q.   Approximately $625.23 held in California Bank and Trust account number 12-501336-81, held in the name of DBS Air, LLC;
r.   Approximately $4,466.35 held in California Bank and Trust account number 12-502271-56, held in the name of Deepal S. and Betsy K. Wannakuwatte;
s.   Approximately $84.22 held in California Bank and Trust account number 12-501646-46, held in the name of Deepal Wannakuwatte & David L. Gordon;
t.   Approximately $2,056.86 held in California Bank and Trust account number 12-500901-81, held in the name of Jamestown Health & Medical Supply Co, LLC;
u.   Approximately $76.02 held in California Bank and Trust account number 12-501039-39, held in the name of JTS Communities, Inc.;
v.   Approximately $304.53 held in California Bank and Trust account number 12-501140-39, held in the name of SKW Trading & Marketing/Sarah K. Wannakuwatte;
w.   Approximately $38.51 held in California Bank and Trust account number 12-501273-61, held in the name of SKW Trading & Marketing/Sarah K. Wannakuwatte;
x.   Approximately $490.00 held in California Bank and Trust account number 12-501248-51, held in the name of Wannas Serendipity Charitable Foundation;
y.   Approximately $44.23 held in East West Bank account number 26-140011985, held in the name of Deepal S. or Betsy K. Wannakuwatte;
z.   Approximately $52.00 held in East West Bank account number 80-78001453, held in the name of Denniston DB, LLC;
aa.   Approximately $68,348.28 held in East West Bank account number 80-78001230, held in the name of International Manufacturing Group, Inc.;
bb.   Approximately $37,668.48 held in Farmers and Merchants Bank account number 31-014895-01, held in the name of International Manufacturing Group/dba Relyaid/dba Relyaid Tattoo Supply/dba Desco Dental;
cc.   Approximately $72.09 held in First Hawaiian Bank account number 67-806727, held in the name of Deepal S. & Betsy K. Wannakuwatte;
dd.   Approximately $134.45 held in North Valley Bank account number 4302004169, held in the name of International Manufacturing Group, Inc.;
ee.   Approximately $219.71 held in Bank of the West account number 246-000-760151, held in the name Betsy K. Wannakuwatte;
ff.   Approximately $3,280.74 held in Bank of the West account number 246-000-76078, held in the name Deepal S. Wannakuwatte;
gg.   Approximately $17,127.29 held in Bank of the West account number 023-487801, held in the name Olivehurst Glove Manufacturers LLC;
hh.   Approximately $27,212.22 held in American Funds/The Capital Group account number 62608177, held in the name Deepal Wannakuwatte;

*Insurance Policies described as*:

ii.   Cash value of Nationwide life insurance policy number 01-5097622, held in the name

Deepal Wannakuwatte, valued at approximately $25,258.51;

jj. Cash value of Nationwide life insurance policy number N100446510, held in the name Deepal and Betsy Wannakuwatte Irrevocable Trust, valued at approximately $24,831.08;

kk. Cash value of Nationwide life insurance policy number N600006930, held in the name International Manufacturing Group, Inc., valued at approximately $104,469.67;

*Checks and Money Orders described as*:

ll. Check number 1581 for $10,500.00 dated March 3, 2014, and made payable to Olivehurst Glove Manufacturing, LLC;

mm. Check number 06331158 for $564.56 from the U.S. Treasury dated March 4, 2014, and made payable to Olivehurst Glove Manufacturers, LLC;

nn. Check number 018012 for $600.00 dated February 6, 2014, and made payable to Deepal S. and Betsy K. Wannakuwatte;

oo. Check number 015041 for $648.65 dated February 6, 2014, and made payable to Deepal S. and Betsy K. Wannakuwatte;

pp. Check number 0097679894 for $1,300.00 dated April 10, 2014, and made payable to Betsy Wannakuwatte;

qq. Personal money order number 7054012632 for $377.00 dated April 4, 2014, with "Pay to the order of" left blank;

rr. Personal money order number 0036221324 for $755.00 dated April 4, 2014, and made payable to Betsy Wannakuwatte;

*Other Assets described as*:

ss. River Bend Park Apartments, LLC; Entity Number: 201108810009;
tt. 1235 Glenhaven Court, LLC, Entity Number: 201103210150; and
uu. Cash value of any federal or state income tax refunds due in relation to any federal or state tax returns, either corporate or personal, filed by the defendant between 2002 and 2014.

AND WHEREAS, beginning on November 1, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States completed direct written notice by certified mail to the following individuals known to have an alleged interest in the below-listed personal property:

a. Betsy Wannakuwatte
b. Sarah Wannakuwatte

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

///

///

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Deepal Wannakuwatte and entities under his control, Betsy Wannakuwatte, and Sarah Wannakuwatte whose rights to the below-listed property are hereby extinguished. The below-listed property shall be disposed of according to law:

*Vehicles described as*:

   a. a 2008 Infiniti M45S, VIN: JNKBY01EX8M500746, CA Plate: 6GLR121;

   b. a 2003 BMW X5 (Wagon), VIN: 5UXFB93513LN79937, CA Plate: 5ATD906;

*Financial Accounts described as*:

   c. Approximately $394.49 held in California Bank and Trust account number 12-501320-11, plus any accrued interest, held in the name of Capital Sports Management, LLC;

   d. Approximately $356.57 held in California Bank and Trust account number 12-501196-91, plus any accrued interest, held in the name of Clover Ranch, LLC;

   e. Approximately $625.23 held in California Bank and Trust account number 12-501336-81, plus any accrued interest, held in the name of DBS Air, LLC;

   f. Approximately $1,948.75 held in California Bank and Trust account number 12-502271-56, plus any accrued interest, held in the name of Deepal S. and Betsy K. Wannakuwatte;

   g. Approximately $84.22 held in California Bank and Trust account number 12-501646-46, plus any accrued interest, held in the name of Deepal Wannakuwatte & David L. Gordon;

   h. Approximately $2,056.86 held in California Bank and Trust account number 12-500901-81, plus any accrued interest, held in the name of Jamestown Health & Medical Supply Co, LLC;

   i. Approximately $76.02 held in California Bank and Trust account number 12-501039-39, plus any accrued interest, held in the name of JTS Communities, Inc.;

   j. Approximately $304.60 held in California Bank and Trust account number 12-501140-39, plus any accrued interest, held in the name of SKW Trading & Marketing/Sarah K. Wannakuwatte;

   k. Approximately $38.51 held in California Bank and Trust account number 12-501273-61, plus any accrued interest, held in the name of SKW Trading & Marketing/Sarah K. Wannakuwatte;

   l. Approximately $490.00 held in California Bank and Trust account number 12-501248-51, plus any accrued interest, held in the name of Wannas Serendipity Charitable Foundation;

//

 m. Approximately $44.23 held in East West Bank account number 26-140011985, plus any accrued interest, held in the name of Deepal S. or Betsy K. Wannakuwatte;

 n. Approximately $68,158.28 held in East West Bank account number 80-78001230, plus any accrued interest, held in the name of International Manufacturing Group, Inc.;

 o. Approximately $12,615.58 held in Farmers and Merchants Bank account number 31-014895-01, plus any accrued interest, held in the name of International Manufacturing Group/dba Relyaid/dba Relyaid Tattoo Supply/dba Desco Dental;

 p. Approximately $134.45 held in Tri Counties Bank (formerly North Valley Bank) account number 4302004169, plus any accrued interest, held in the name of International Manufacturing Group, Inc.;

 q. Approximately $207.94 held in Bank of the West account number 246-000-760151, plus any accrued interest, held in the name Betsy K. Wannakuwatte;

 r. Approximately $2,955.79 held in Bank of the West account number 246-000-76078, plus any accrued interest, held in the name Deepal S. Wannakuwatte;

 s. Approximately $17,127.29 held in Bank of the West account number 023-487801, plus any accrued interest, held in the name Olivehurst Glove Manufacturers LLC;

 t. Approximately $28,310.91 held in American Funds/The Capital Group account number 62608177, plus any accrued interest, held in the name Deepal Wannakuwatte;

*Insurance Policy described as*:

 u. Cash value of Nationwide life insurance policy number 01-5097622, held in the name Deepal Wannakuwatte, valued at approximately $27,907.94, plus any accrued interest;

*Checks and Money Orders described as*:

 v. Check number 1581 for $10,500.00 dated March 3, 2014, and made payable to Olivehurst Glove Manufacturing, LLC, plus any accrued interest;

 w. Check number 06331158 for $564.56 from the U.S. Treasury dated March 4, 2014, and made payable to Olivehurst Glove Manufacturers, LLC, plus any accrued interest;

 x. Check number 018012 for $600.00 dated February 6, 2014, and made payable to Deepal S. and Betsy K. Wannakuwatte, plus any accrued interest;

 y. Check number 015041 for $648.65 dated February 6, 2014, and made payable to Deepal S. and Betsy K. Wannakuwatte, plus any accrued interest;

 z. Check number 0097679894 for $1,300.00 dated April 10, 2014, and made payable to Betsy Wannakuwatte, or replacement checks for this check, plus any accrued interest;

 aa. Personal money order number 7054012632 for $377.00 dated April 4, 2014, with "Pay to the order of" left blank, plus any accrued interest; and

 bb. Personal money order number 0036221324 for $755.00 dated April 4, 2014, and made payable to Betsy Wannakuwatte, plus any accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the

United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 13th day of January, 2015.

_____
Troy L. Nunley
United States District Judge