BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DEEPAL WANNAKUWATTE,<br><br>         Defendant. | 2:14-CR-00067-TLN<br><br>UNITED STATES' *AMENDED* REQUEST TO CONTINUE THE STATUS HEARING ON THE ANCILLARY PETITIONS FROM JANUARY 15, 2015 TO FEBRUARY 5, 2015 AND ORDER |

The United States hereby requests the Court continue the status hearing on the ancillary petitions from January 15, 2015 to February 5, 2015 at 2:00 pm.

Defendant Deepal Wannakuwatte has pleaded guilty to running a massive Ponzi scheme and agreed to forfeit various assets connected to that fraud scheme, including sixteen real properties, four vehicles, twenty-one bank accounts, three life insurance policies, seven checks/money orders and two partnership interests.  The Court entered a Preliminary Order of Forfeiture on August 1, 2014, ECF No. 32, and the preliminary order was made final during the defendant's sentencing on November 13, 2014, ECF No. 80, Minute Order.  At sentencing, on the government's motion, the Court set a status hearing for January 15, 2015 to discuss the ancillary petitions filed in connection with the assets forfeited from Wannakuwatte.

In the weeks since the defendant's sentencing, the United States has consolidated the various petitions on a single litigation track and reviewed each petition to determine "if discovery is necessary or

desirable to resolve factual issues," Fed. R. Crim. P. 32.2(c)(1)(B), or if the petitions can be resolved by stipulation or briefing only.  To that end, the United States has completed publication and mailed notice to those who may have an interest in the forfeited properties.  The United States has also been in contact with the existing petitioners – consisting mostly of lienholders or those with a financial interest in forfeited real property – to confirm their non-participation in the fraud scheme and the amounts owed on the loans.  Thus far, the United States has forwarded stipulations for final orders of forfeiture for several of the forfeited real properties and for the two partnerships, which must now be reviewed by petitioners' counsel and, then, filed with the Court.  Prior to February 5, 2015, the United States expects to receive executed stipulations for the stipulations already sent to counsel, as well as stipulations for final orders of forfeiture that will be forwarded in the very near future.

The United States has worked diligently to resolve the forfeiture piece of this case, despite the entangled financial web created by Wannakuwatte's fraud.  Specifically, this week the United States has filed two applications for final orders of forfeiture, completely resolving those portions of the case and initiating the process of collecting money for ultimate return to the victims.  One, the Application for Final Order of Forfeiture Regarding Personal Property, ECF No. 87, which requests forfeiture of the defendant's interest in certain vehicles, bank accounts, and checks.  Two, the Application for Final Order of Forfeiture Regarding Real Property at 2120 22nd Avenue in Sacramento, which requests forfeiture of the defendant's interest in real property with no filed liens.  Thus, the outstanding forfeited assets consist of approximately nine real properties and two partnership interests.  As discussed above, the United States has forwarded, or will soon forward, stipulations to resolve the petitions filed on those assets.

In addition, the continuance will allow the United States to receive full appraisals for a few of the forfeited properties.  The updated appraisals will allow the United States to determine if each property has the available equity to justify forfeiture, or if it should be excluded from the forfeiture order altogether.  The United States believes that this extra step is reasonable given the considerable loss amount and numerosity of victims.

The continuance will also serve to consolidate the restitution and forfeiture aspects of the case, which could serve efficiencies for the Court and others involved in this criminal litigation.

For these reasons, the United States requests the Court continue the status conference from January 15, 2015 to February 5, 2015 at 2:00 pm.

Dated:  1/13/15  

BENJAMIN B. WAGNER  
United States Attorney

By:  /s/ Kevin C. Khasigian  
KEVIN C. KHASIGIAN  
Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request, the Court makes the following order:

A Status Conference on the ancillary petitions is hereby continued from January 15, 2015 to February 5, 2015 at 2:00 pm.

**IT IS SO ORDERED.**

Dated:  January 14, 2015

_____  
Troy L. Nunley  
United States District Judge