UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-cr-00067-TLN |
| Plaintiff, | **RESTITUTION ORDER** |
| v. | |
| DEEPAL WANNAKUWATTE, | |
| Defendant. | |

For the reasons stated at the hearing on restitution in this matter, on February 5, 2015; for the reasons stated in the Government's "Supplemental Brief Regarding Restitution" (ECF No. 104); and for the further reasons stated in the Government's "Notice of Erratum Regarding Restitution Calculation" (ECF No. 107), the Court orders Defendant Deepal Wannakuwatte to pay restitution in the amount of $108,199,452.63.  This is the amount proposed by the Government.  Based on the representations made by the Government at the hearing and in the aforementioned filings, the Court finds this is an estimate, arrived at with "reasonable certainty," of losses resulting from Defendant's conduct.  *US v. Doe*, 488 F.3d 1154, 1160 (9th Cir. 2007).

At the hearing on February 5, 2015, Defendant's counsel represented that Defendant had

made payments to entities on behalf of certain victims, which were not deducted from the total loss amount. Defendant has filed nothing further with the Court to substantiate these claims. So, Defendant has not met his burden of showing deductions from the Government's proposed amount should be made. *See* 18 U.S.C. 3664(e) (stating the burden of demonstrating victims' losses is on the Government, and the "burden of demonstrating such other matters as the court deems appropriate shall be upon the party designated by the court as justice requires"); *US v. Sheinbaum*, 136 F.3d 443, 449 (5th Cir. 1998) ("…the burden of proving an offset should lie with the defendant").

Payment shall be sent to Clerk of the Court, who shall forward it to the victims as described in the Presentence Report (ECF No. 33), including any revisions since its filing on August 4, 2014. While Defendant is incarcerated, payment shall be due at the rate of not less than $25.00 per quarter, and payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program. Any interest is hereby waived.

DATED: March 4, 2015

_____
Troy L. Nunley
United States District Judge