BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAL WANNAKUWATTE,<br><br>Defendant. | 2:14-CR-00067 TLN<br><br>STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON REGARDING RIVER BEND APARTMENTS, LLC AND 1235 GLENHAVEN COURT, LLC |

This stipulation is entered into between the United States of America and petitioners River Bend Park Apartments, LLC and 1235 Glenhaven Court, LLC (hereinafter "petitioners") as to a 13.91% minority interest in River Bend Park Apartments, LLC; Entity Number: 2011088100091[1] and 16.67% minority interest in 1235 Glenhaven Court, LLC; Entity Number: 2011032101502[2] (hereafter "LLCs"), which were forfeited from defendant Deepal Wannakuwatte based on his convictions in this case, according to the following terms:

1. This is a criminal action against defendant Deepal Wannakuwatte. On or about May 8, 2014, the United States and defendant Deepal Wannakuwatte entered into a plea agreement in which the defendant pled guilty to a wire fraud violation and agreed to forfeit his right, title, and interest in the property listed in Exhibit A attached hereto and incorporated herein, including the above-listed LLCs.

2. On August 1, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the

---

[1] The Wannakuwatte 1998 Family Trust holds a 9.27% interest and the Sarah Kathryn Wannakuwatte Trust holds a 4.64% interest in the Riverbend Park Apartments, LLC.
[2] Deepal and Betsy Wannakuwatte have the entire 16.67% interest in the 1235 Glenhaven Court, LLC.

provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) based upon the plea agreement entered into between the United States and defendant Deepal Wannakuwatte forfeiting to the United States the property listed in Exhibit A attached hereto.

3. Beginning on November 1, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. The Declaration of Publication was filed on December 16, 2014.

4. In relation to the LLCs, the United States completed direct written notice by certified mail to:

    a. Betsy Wannakuwatte
    b. Sarah Wannakuwatte
    c. Sammy F. Cemo

5. On November 20, 2014, petitioners filed a timely petition alleging an interest in the LLCs, as follows:

    a. River Bend Park Apartments, LLC and 1235 Glenhaven Court, LLC are California limited liability companies whose members include defendant Deepal Wannakuwatte, Betsy Wannakuwatte (and/or Wannakuwatte 1998 Family Trust) and/or the Sarah Kathryn Wannakuwatte Trust, along with other members.

    b. According to Sammy F. Cemo, who is the agent for service of process and an officer of Cemo Commercial, Inc. which manages properties owned by the LLCs, The Wannakuwatte 1998 Family Trust holds a 9.27% interest and the Sarah Kathryn Wannakuwatte Trust holds a 4.64% membership interest in the Riverbend Park Apartments, LLC and Deepal and Betsy Wannakuwatte have a 16.67% membership interest in the 1235 Glenhaven Court, LLC.  In addition, counsel for the LLCs (Howard Nevins), has in his possession the following distribution checks made payable to the U.S. Marshals Service based on the Wannakuwatte's collective membership interests in the LLCs calculated through January 31, 2015:

        i. $13,808.25 from the 1235 Glenhaven Court, LLC,

      ii.  $161,994.97 from the Riverbend Park Apartments, LLC, and
      iii.  $81,103.89 from the Riverbend Park Apartments, LLC.

  c.  In addition to the above-listed checks, future disbursements will be made from the LLCs to their members.

  6.  The United States does not dispute that the non-Wannakuwatte members have an 86.09% majority membership interest in the Riverbend Park Apartments, LLC and an 83.33% majority membership interest in the 1235 Glenhaven Court, LLC.  The United States also does not dispute that, in accordance with the operating agreements of these two LLCs, as a result of the aforementioned forfeiture order, the Wannakuwatte(s) are no longer members of the two LLCs and that the collective membership interests of Wannakuwatte(s) may be either (i) converted to the interest of an Economic Interest Owner, whereupon the Wannakuwatte(s) (or any successor to such interests) shall have no further right to vote on LLC matters or otherwise participate in the LLCs' business, but shall have only those rights and obligations of an Economic Interest Owner, as such rights and obligations are set forth in the operating agreements of the LLCs; or (ii) liquidated as set forth in the operating agreements of the LLCs , all as determined by the Manager(s) of the LLCs.  The United States is not seeking to forfeit the non-Wannakuwatte member interests, the entities themselves, or property owned or secured by the entities.

  7.  On December 11, 2014, Tri Counties Bank filed a petition alleging an interest in 1235 Glenhaven Court, LLC; Entity Number: 201103210150 only as it relates to the real property located at 1235 Glenhaven Court, El Dorado Hills, CA, El Dorado County, APN: 117-085-06-100.  The United States is not seeking the forfeiture of this real property.

  8.  No other parties have filed petitions asserting an interest in the LLCs, and the time in which any person or entity may file a petition has expired.

  9.  Since the filing of the LLC's petition, counsel for the United States and counsel for the LLCs have engaged in discussions regarding the disposition of the LLC's petition.  To avoid the uncertainty and expense of further litigation, the parties desire to settle the LLC's third party claim on the following terms:

  a.  The LLCs shall send the following checks made payable to the U.S. Marshals Service to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Sacramento, CA 95814

within twenty days from entry of this Final Order of Forfeiture:

      i.      $13,808.25 from the 1235 Glenhaven Court, LLC,
      ii.     $161,994.97 from the Riverbend Park Apartments, LLC, and
      iii.    $81,103.89 from the Riverbend Park Apartments, LLC.

      b.      The LLCs shall send future disbursements as they become available to the United States for the 13.91% minority interest of The Wannakuwatte 1998 Family Trust and the Sarah Kathryn Wannakuwatte Trust in the Riverbend Park Apartments, LLC, and the 16.67% minority interest of Deepal and Betsy Wannakuwatte in the 1235 Glenhaven Court, LLC.  These payments shall be made in the form of checks made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Sacramento, CA 95814.

      c.      The parties agree to execute further documents, to the extent necessary, to further implement the terms of this settlement.

10.    All parties to this stipulation hereby release plaintiff United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the Wannakuwatte's interest in the LLCs as described herein.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

11.    All parties are to bear their own costs and attorneys' fees.

Dated: 3-12-15                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                    By    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney

                                                    HEFNER, STARK & MAROIS, LLP

Dated: 3-11-15                                  By    /s/ Howard S. Nevins
                                              HOWARD S. NEVINS
                                              Attorney for petitioners River Bend Park
                                              Apartments, LLC and 1235 Glenhaven Court, LLC

                                                (Signature retained by attorney)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth below:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below described property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Deepal Wannakuwatte, Betsy Wannakuwatte, and Sarah Wannakuwatte whose rights to the below-listed property are hereby extinguished:

   a. Checks made payable to the U.S. Marshals Service in the following amounts:
      i. $13,808.25 from the 1235 Glenhaven Court, LLC,
      ii. $161,994.97 from the Riverbend Park Apartments, LLC, and
      iii. $81,103.89 from the Riverbend Park Apartments, LLC.

   The LLCs shall send the above checks to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Sacramento, CA 95814 within twenty days from entry of this Final Order of Forfeiture.

   b. Future disbursements from the LLCs as they become available to the United States for the 13.91% minority interest of The Wannakuwatte 1998 Family Trust and the Sarah Kathryn Wannakuwatte Trust in the Riverbend Park Apartments, LLC, and the 16.67% minority interest of Deepal and Betsy Wannakuwatte in the 1235 Glenhaven Court, LLC. These payments shall be made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Sacramento, CA 95814.

2. All right, title, and interest in: 13.91% minority interest in River Bend Park Apartments, LLC; Entity Number: 201108810009, 16.67% minority interest in 1235 Glenhaven Court, LLC; Entity Number: 201103210150, and the checks identified in paragraph 1a of this Order shall vest solely in the name of the United States of America.

///
///
///
///

3. The U.S. Marshals Service shall maintain custody of and control over the property listed in paragraphs 1 and 2 of this Order until it is disposed of according to law.

SO ORDERED this 13th day of March, 2015.

_____
Troy L. Nunley
United States District Judge