BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-067-TLN |
| Plaintiff, | UNITED STATES' REQUEST TO CONTINUE THE STATUS HEARING ON THE ANCILLARY PETITIONS FROM MARCH 26, 2015 TO APRIL 16, 2015 AND ORDER |
| v. | |
| DEEPAL WANNAKUWATTE, | |
| Defendant. | |

The United States hereby requests the Court to continue the status hearing on the ancillary petitions from March 26, 2015 to April 16, 2015 at 9:30 a.m.

Defendant Deepal Wannakuwatte has pleaded guilty to running a massive Ponzi scheme and agreed to forfeit various assets connected to that fraud scheme, including sixteen real properties, four vehicles, twenty-one bank accounts, three life insurance policies, seven checks/money orders and two partnership interests.  The Court entered a Preliminary Order of Forfeiture on August 1, 2014, ECF No. 32, and the preliminary order was made final during the defendant's sentencing on November 13, 2014, ECF No. 80, Minute Order.  At sentencing, on the government's motion, the Court set a status hearing for January 15, 2015 to discuss the ancillary petitions filed in connection with the assets forfeited from Wannakuwatte, a hearing since continued to March 26, 2015 to allow the United States sufficient time to consolidate and review the assorted petitions filed against the properties identified in the preliminary forfeiture order.

Since the defendant's sentencing, the United States has consolidated the various petitions on a single litigation track and reviewed each petition to determine "if discovery is necessary or desirable to resolve factual issues," Fed. R. Crim. P. 32.2(c)(1)(B), or if the petitions can be resolved by stipulation or briefing only. To that end, the United States has completed publication and mailed notice to those who may have an interest in the forfeited properties. The United States has also been in contact with the petitioners – consisting mostly of lienholders or those with a financial interest in forfeited real property – to confirm their non-participation in the fraud scheme and the amounts owed on the loans. Thus far, the United States has forwarded stipulations for final orders of forfeiture for most of the forfeited real properties. As of today's date, only petitions for four of the forfeited properties are left unresolved:

1. 14 Fig Leaf Court, Sacramento, California;
2. 1933 Richmond Street, Sacramento, California;
3. 31660 County Road # 27, Woodland, California; and
4. 940 44th Street, Sacramento, California.

As to those four properties, the United States has forwarded, or will forward this week, stipulations to resolve the petitions regarding those assets. As to one very recently filed petition, the United States is currently discussing with that petitioner how to proceed in light of the late filing, but nonetheless anticipates circulating a stipulation in the near future. The United States believes that this brief continuation will allow the parties to circulate and file the stipulations dealing with the four forfeited properties identified above.

For these reasons, the United States requests the Court continue the status conference from March 26, 2015 to April 16, 2015 at 9:30 a.m.

Dated:  3/24/15                                         BENJAMIN B. WAGNER
                                                        United States Attorney

                                             By:        /s/ Kevin C. Khasigian
                                                        KEVIN C. KHASIGIAN
                                                        Assistant U.S. Attorney

2

## ORDER

Pursuant to the United States' request, the Court makes the following order:

A Status Conference on the ancillary petitions is hereby continued from March 26, 2015 to April 16, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
Troy L. Nunley
United States District Judge