BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEEPAL WANNAKUWATTE,<br><br>        Defendant. | 2:14-CR-067-TLN<br><br>UNITED STATES' REQUEST TO CONTINUE THE STATUS HEARING ON THE ANCILLARY PETITIONS FROM APRIL 16, 2015 TO MAY 28, 2015 AND ORDER |

The United States hereby requests the Court continue the status hearing on the ancillary petitions from April 16, 2015 to May 28, 2015 at 9:30 pm.

Defendant Deepal Wannakuwatte has pleaded guilty to running a massive Ponzi scheme and agreed to forfeit various assets connected to that fraud scheme, including sixteen real properties, four vehicles, twenty-one bank accounts, three life insurance policies, seven checks/money orders and two partnership interests.  The Court entered a Preliminary Order of Forfeiture on August 1, 2014, ECF No. 32, and the preliminary order was made final during the defendant's sentencing on November 13, 2014, ECF No. 80, Minute Order.  At sentencing, on the government's motion, the Court set a status hearing for January 15, 2015 to discuss the ancillary petitions filed in connection with the assets forfeited from Wannakuwatte, a hearing since continued to April 16, 2015 to allow the United States sufficient time to consolidate and review the assorted petitions filed against the properties identified in the preliminary forfeiture order.

Since the defendant's sentencing, the United States has consolidated the various petitions on a single litigation track and reviewed each petition to determine "if discovery is necessary or desirable to resolve factual issues," Fed. R. Crim. P. 32.2(c)(1)(B), or if the petitions can be resolved by stipulation or briefing only.  The United States has been in contact with the petitioners – consisting mostly of lienholders or those with a financial interest in forfeited real property – to confirm their non-participation in the fraud scheme and the amounts owed on the loans.

In a document filed on March 24, 2015, the United States informed this Court that it had circulated stipulations for final orders of forfeiture for most of the forfeited real properties – and that only petitions for four of the forfeited properties were unresolved: (1) 14 Fig Leaf Court, Sacramento, California, (2) 1933 Richmond Street, Sacramento, California, (3) 1660 County Road # 27, Woodland, California, and (4) 940 44th Street, Sacramento, California.

Since that date, the United States has filed stipulations for final forfeiture orders for three of the above-mentioned properties (ECF Nos. 119 to 121), thus the only property left unresolved is 940 44th Street in Sacramento.  As to that property, the United States is forwarding a stipulation to resolve the petitions filed by lienholders and anticipates filing the executed stipulation within one week.

As to one recently filed petition for a property already included in a final order of forfeiture, the United States and that petitioner have a tentative agreement on how to proceed in light of the late filing, and the United States anticipates filing a stipulation once it receives final approval, which should be in the near future.

For these reasons, the United States requests the Court continue the status conference from April 16, 2015 to May 28, 2015 at 9:30 am.

Dated:  4/14/15                                    BENJAMIN B. WAGNER
                                                   United States Attorney

                                            By:    /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request, the Court makes the following order:

A Status Conference on the ancillary petitions is hereby continued from April 16, 2015 to May 28, 2015 at 9:30 am.

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
Troy L. Nunley
United States District Judge