BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEEPAL WANNAKUWATTE,<br><br>　　　　　Defendant. | 2:14-CR-00067-TLN<br><br>UNITED STATES' REQUEST TO VACATE THE STATUS HEARING ON THE ANCILLARY PETITIONS AND ORDER |

　　　　The United States hereby requests the Court to vacate the status hearing on the ancillary petitions in the above-entitled case, because each petition filed in the ancillary proceeding has been resolved and the property forfeited or dismissed by this Court's order.  Accordingly, there is nothing left to resolve in the ancillary proceeding and no further hearings are necessary.

　　　　Defendant Deepal Wannakuwatte has pleaded guilty to running a massive Ponzi scheme and agreed to forfeit various assets connected to that fraud scheme, including sixteen real properties, four vehicles, twenty-one bank accounts, three life insurance policies, seven checks/money orders and two partnership interests.  The Court entered a Preliminary Order of Forfeiture on August 1, 2014, ECF No. 32, and the preliminary order was made final during the defendant's sentencing on November 13, 2014, ECF No. 80, Minute Order.  At sentencing, on the government's motion, the Court set a status hearing for January 15, 2015 to discuss the ancillary petitions filed in connection with the assets forfeited from Wannakuwatte, a hearing since continued to May 28, 2015 to allow the United States sufficient time to

consolidate and resolve the assorted petitions filed against the properties identified in the preliminary forfeiture order.

In a document filed on April 14, 2015, the United States informed this Court that the only outstanding ancillary petition was connected to property located at 940 44th Street in Sacramento, California. Since that date, the United States has filed a Stipulation for Final Order of Forfeiture for the 940 44th Street property (ECF Nos. 125 to 126). Additionally, the United States filed a Stipulation for an *Amended* Final Order of Forfeiture Regarding Real Property at 2120 22nd Avenue, Sacramento, California regarding a late filed petition and the *Amended* Final Order of Forfeiture was entered on May 19, 2015 (ECF No. 128), thus there are no pending petitions to resolve.

In sum, there is nothing further to litigate in the ancillary proceeding. The United States previously filed a Notice of Real Properties Dismissed From Forfeiture that profiled the real properties identified in the Preliminary Order of Forfeiture, but that the United States would not seek to forfeit in this case. ECF No. 105. As to the all other assets identified in the Preliminary Order of Forfeiture and contested by the filing of an ancillary petition, a Stipulation and Order thereon has been filed with this Court.

For these reasons, the United States requests the Court vacate the status conference on the ancillary proceeding.

Dated:  5/22/15               BENJAMIN B. WAGNER
                              United States Attorney

                      By:     /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request, the Court makes the following order: A Status Conference on the ancillary petitions is hereby vacated.

**IT IS SO ORDERED.**

Dated:  May 27, 2015
                              _____
                              Troy L. Nunley
                              United States District Judge