PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00067-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION; ORDER |
| v. | |
| DEEPAL WANNAKUWATTE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On March 13, 2024, the Defendant filed a motion for reduction in sentence. Docket No. 144. The Government's response is due April 9, 2024. Docket No.

2. Counsel for the Government requests additional time to review documents received from BOP and finish drafting a proper response to the Defendant's motion. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

   a) The Government's response to the Defendant's motion for compassionate release is to be filed on or before April 11, 2024;

      b)     The Defendant's reply to the Government's response to be filed on or before April 26, 2024.

IT IS SO STIPULATED.

Dated: April 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ MICHELLE RODRIGUEZ
MICHELLE RODRIGUEZ
Assistant United States Attorney

Dated: April 9, 2024

*/s/ Emmett E. Robinson*
EMMETT E. ROBINSON
Attorney for Defendant
Deepal Wannakuwatte

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

    a)     The Government's response to the Defendant's motion, (Docket No. 144), is now due on or before April 11, 2024;

    b)     The Defendant's reply to the Government's response, if any, is due on or before April 26, 2024.

IT IS SO FOUND AND ORDERED this 10th day of April, 2024.

_____
Troy L. Nunley
United States District Judge